From: Viggiano, Chris
Sent: Wednesday, February 10, 2021 2:27 PM
To: Usifer, Lori Jean; Kerr, Lisa; Pohl, Lauren; Lamphere, Keith; Murphy, Jessica; O'Hara, Colleen; Musumeci, Scott; Webster, Kate; Midgley Scuderi, Sarah; Williams, Paige; Veverka, Karen; Whiting, Jeri; Stagnitta, Scott; Anna, Colleen
Cc: King, Jill; Rogala, Michele; Powers, Vicky; Wolfanger, Jennifer; Caraccio, Mike
Subject: [Legal Name] Vitsaxaki

FYI. [Legal Name] came to me and Michele to inform us that she would like to be called [Masculine Name] with her preferred pronouns they/them. [  ] has already talked with their close friends about it. Michele and I will follow up with her after break to see what the plan is for discussing this change with their parents.

[Masculine Name]
Chris Viggiano
MS Counselor
315-291-2244

"If you were to kick the person responsible for your problems, you wouldn't sit down for a week."
-Smerconish

CONFIDENTIALITY NOTICE: This email is intended only for its addressee and may contain information that is p[rivileged from] disclosure. If you have received this email message in error, please immediately delete this email transmission and r[...]

1