# EXHIBIT 2

# Trans Resource Guide

Updated 02/2021



# Recommended Therapists

Ahmy Brock  MA LMFT- Solid Ground Wellness
5900 N. Burdick St Suite 201  E. Syr NY 13207
315-836-3787  Or 315 416-7572

Angel Chambers .LMSW - Brownell Center
1045 James St Suite 100 Syracuse NY
315-472-4471

Briana Lewis, LMFT
Family Counseling Services
201 Cedar Street, Oneida
315-280-0400

Briana Mason MA, LMFT
Alkira Marriage and Family Therapy, PC
6700 Kirkville Road
Building B Suite 103B
East Syracuse, New York 13057
(315) 640-3680

Britton Tarris, MSW
The Neighborhood Center
624 Elizabeth Street Utica NY 13501
315-272-2600



# Therapist Cont.

Brynn Rogers, MA, LMFT
Connect Therapy Services, PLLC
5900 North Burdick St Ste 102A
Medical Center East
East Syracuse, New York 13057
(315) 364-0087

Caitlin Dawson Brown MS, LMHC
50 Presidential Plaza
Suite LL4
Syracuse, New York 13202
(315) 828-0361

Crystal Hoban, LPMFT, MA, Child Therapy CAS
Child Advocacy Center of Oswego
163 South 1st Street
Fulton, NY
(315) 592-4453

Daran Shipman LMFT
530 Oak Street Syracuse NY 13203
315-744-8279



# Therapist Cont.

Danielle McDonough, MHC
Community Health and Behavioral Services
1427 Genesee St. Utica, NY 13501
(315) 798-8868 ext. 2166


Deb Coolhart, Phd, LMFT
Fayetteville, NY 13066
315 445-2154

Donna Farchione MA,MS, LMFT
Anahata Marriage & Family Therapy
6858 E Genesee St
Fayetteville, New York 13066
(315) 400-4601


Elizabeth Franger, LMFT
Liberty Resources Integrated Health Care
1045 James Street
Syracuse NY 13203
(315) 472-4471

Gender Wellness Center at Susquehanna Family Practice
FoxCare Center, Suite 103
5432 State Highway 7
Oneonta, NY 13820
Doctors, Mental Health and Surgical Providers
607-431-5757

the Q center

# Therapist Cont.

Helen Johnson, LCSW
112 Dewitt Street
Suite 205A
Syracuse, New York 13203
(315) 506-4886
* Teletherapy


Jenna DeRidder MA, LPMFT
Harvest House
Clinton Hall
110 N. Cayuga Street
4th Floor, Suite 3
Ithaca, NY 14850
(315) 663-7060


Jennifer Coppola, MS, MA, LPMFT
315 South Crouse Ave, Suite 302
Syracuse NY 13210
315-414-9743


Jim Feinberg LCSW-R CH.T
404 Oak Street
Syracuse NY 13203
718-412-8126
* Teletherapy



# Therapist Cont.

Karrie Damm, LMFT
CNY Marriage & Family Therapy Place, PLLC
792 N. Main St., Suite 200E
North Syracuse, NY 13212
(315) 299-6975

Kathryn Sowards, Phd, LMFT
5900 N. Burdick St Suite 102 east  E Syracuse NY 13207
315-382-6427
* Trauma Work

Kevin K. Johnson, MD
Crouse Medical Practice 475 Irving Ave Suite 418
Syracuse, NY 13210
Psychiatry, Addiction Medicine, Transgender Health
(315) 766-1104

Lindsey Widrig, LMFT
CNY Marriage & Family Therapy Place
792 N Main St Suite 200E
North Syracuse, New York 13212
(315) 801-9434

Mary Kate Lenihan MA, LMFT
Curious Heart Counseling
24 Lake Street
Dryden, New York 13053
(855) 286-2210



# Therapist Cont.

Meaghan Malaney, LMFT
530 Oak Street Syracuse NY 13203
315-571-0752

Meghan MCDonough, MFT
Community Health and Behavioral
Services1427 Genesee St Utica NY
13501(315) 798 – 8868 ext. 2246

Montinique McEachern, MEd, LPMFT
Connect Therapy Services, PLLC
5900 N. Burdick St. Suite 102 A
East Syracuse NY 13057
315-400-2483

Molly Lizzio, LMFT
Courage & Connection Counseling
528 Oak Street
Syracuse, NY 13203
(315)313-4703

Moonhawk River Stone, M.S.LMHC
1448 Dalton Drive
Schenectady, NY 12309
518-506-1261



# Therapist Cont.

Paul Batkin MA, LMFT
731 James St. Suite 430
Syracuse NY 13203
(315) 466-9889

Rhea Parks, LMFT
825 Northway Street
Syracuse New York, 13224
315-243-1083

Syracuse University Couple & Family Therapy Center
Peck Hall 601 East Genesee Street Syracuse NY
315-443-3023
*Trans Team

Tiffany McLallen MA, LMHC
Meghan McRae PSY. D
Rubenzahl, Knudsen & Associates
22670 Summit Drive Suite 2, Watertown, NY 13601
315-788-3332
&
7785 North State Street, Suite 150 Lowville NY 13367
315-376-5255



# Therapist Cont.

Tara Lennox, LCSW-R.
119 Sherman Street, Suite 3
Watertown, NY
315-816-4389

Tristan Martin, PhD, LMFT
4500 Pewter Ln
Manlius, NY 13104
(315) 640-4285

University of Rochester
Department of Adolescent Medicine
Gender Health Services
601 Elmwood Avenue Box 690
Rochester, NY 14642
(585) 275-2964

Dr. Wanda Fremont MD
Adolescent Psychiatry SUNY Upstate
713 Harrison Street Syracuse NY 13210
315-464-3100



# Primary Care Physicians

Catherine B. Fessenden, NP
Upstate Family and Preventive Medicine
2nd Floor, 90 Presidential Plaza
Syracuse, NY 13202
315 464-4686


Dr. Errol McKenzie
Family Medicine Associates Of Fayetteville
212 Highbridge St. Suite C
Fayetteville, NY 13066
315-637-0477


Dr. George Gluz
University Internist
Suite 1
550 Harrison Street
Syracuse, NY 13202
(315)464-5240


Dr. Lori Anderson
The Synergy Center
4500 Pewter Lane, Bldgs 8 & 9
Manlius, NY 13104
(315) 692.2037



# Primary Care Physicians
# Continued

Dr. Michael Mincolla
Dr. Anthony Malvasi, D.O.
CNY Family Care LLP
4939 Brittonfield Parkway
East Syracuse, NY 13057-9208
(315) 463-1600

Dr. Kristen Pfau
3922 Fennell Street
PO Box 70
Skaneateles, NY 13152
(315) 685-0908

Teri Strine, RN MSN FNP-C
Crouse Medical Practice at Brittonfield
5000 Brittonfield Parkway, Suite A100
East Syracuse, NY 13057
(315) 449-3800

Inclusive Health Services
Physicians' Office Building
Suite 211,
725 Irving Avenue
Syracuse, NY 13210
(315) 878-7554



# Cross Hormone Providers

Dr. Karen Teelin
Upstate Pediatric and Adolescent Center
90 Presidential Plaza Syracuse NY 13202
Up to age 21
315-464-5831

Josln Diabetes Center
3229 East Genesee Street Syracuse NY 13214
315-464-5726
18 and up

Planned Parenthood
Informed Consent 18 and up
1120 E. Genesee Street Syracuse NY 13210
866-600-6886
135 Walnut Street Corning NY
607-962-4686
Plattsburgh Clinic
66 Brinkerhoff Street Plattsburg, NY 12901
518-561-4430
160 Stone Street Watertown, NY 13601
315-788-8065

Dr. Todd Lentz
Course Medical Practice
739 Irving Ave
Syracuse NY 13210
315-479-5070



# Cross Hormone Provider Cont.

Dr. Dayal Raja
Slocum Dickson
1729 Burrstone Rd
New Hartford, NY 13413
315-798-1400

# Gynecologist

Dr. Mark Billison
Family Care Medical Group
5100 West Taft Road Liverpool NY 13088
Suite 2J
315-452-2968
*Also does cross hormones

Dr. Krislyn Flint
Woman's Health Associates
139 Fields Drive Oneida NY 13421
315-363-9380



# Surgeons

Dr. Anthony Deboni
CNY Surgery Center
4403 Medical Center Drive Fayetteville, NY 13066
315-663-0112
Breast Augmentation or Removal


Dr. Christine McGinn
Gender Wellness Center Pappillon
18 Village Row Logan Square Lower York Road (202)
New Hope, PA 18938 Suite 43
215-693-1199
Gender Confirmation Surgery, Counseling, Hormones, Hair Removal

Dr. Daniel Medalie
Cleveland Plastic Surgery
25700 Science Park Drive Landmark Centre, Suite
190 Beachwood, OH 44122
Phone: 216-393-9924
OR
Mount Sinai
275 Seventh Avenue
New York, NY 10011
212-604-1730
Breast Augmentation and Removal, FtM Bottom
Surgeries



# Surgeons Continued

Dr. Deana Paley, DO,
Samaritan Medical Center
629 Washington Street,
Watertown, NY 13601
315-755-3650
Top Surgery (18+)


Dr. Dmitry Nikolausky
Upstate Urology
750 East Adams Street
Syracuse, NY 13210
315-464-1500


Dr. Prashant Upadhyaya
Upstate Health Care Center
90 Presidential Plaza
Syracuse, NY 13202
315-464-8224
Breast Augmentation and Removal



# Electrolysis

Electrolysis Professionals
218 Luddington Street
Syracuse, NY 13206
www.electrolysisprofessionalscny.com
315-431-9580

Amber Heisey
Trubliss Wellness Spa
709 North Main Street , North Syracuse 13212
315-635-5122

Electrolysis By Stefania
5975 Court St Road Syracuse NY 13206
315-657-3725

Pam Dausman
Ivy League Electrolysis
719 East Genesee Street Syracuse NY 13210
Room 206
315-378-7042

Merle Trogman
Accredited Electrolysis Studio
6647 Kirkville Road East Syracuse NY 13057
315-463-5016

# Voice Modification

Voice and Communication Modification Program
For People in the Transgender Community
Ewing Clinic Ithaca College
202 Smiddy Hall
607-274-3714



# Binders

The Ties That Bind
CNY Binder Donation/Exchange Program
www.tiesthatbindcny.org

Gc2b
www.gc2b.co

Underworks
www.underworks.com

Syracuse University Couple & Family Therapy Center
Binder Exchange Program
315-443-9405

* The Q Center has a limited supply for youth that attend group

# Clothing Lines

Rubies
Form Fitting Clothing for Trans Girls
www.rubyshines.com

Leolines
www.Etsy.com

Old Navy
Gender Neutral Line
www.oldnavy.gap.com



# Faith Communities

## All Saints Church

1340 Lancaster Ave
Syracuse, NY 13210
(315) 472-9934

## All Souls UU Church

1330 Gotham St,
Watertown, NY 13601
(315) 788-2742

## First Unitarian Universalist

## Society of Syracuse

109 Waring Rd,
Syracuse, NY 13224
(315) 446-5940

## Grace Church

6 Elizabeth St,
Utica, NY 13501
(315) 733-7575

## Hendricks Chapel @ Syracuse University

West Zone
Syracuse, NY 13244
(315) 443-2901
chapel@syr.edu



# Faith Communities
# Continued

### May Memorial
### Unitartian Universalist Society
3800 E Genesee St,
Syracuse, NY 13214
(315) 446-8920

### Plymouth Congregational Church
232 E. Onondaga Street,
Syracuse, NY 13202
(315) 474-4836

### University United Methodist Church
324 University Ave,
1085 E Genesee St,
Syracuse, NY 13210
(315) 475-7277

### Westminister Presbyterian Church
17 William St,
Auburn, NY 13021
(315) 253-3331



# Community Resources
## The Q Center

835 Hiawatha Blvd W. Syracuse NY 13204
315-475-2430
Services Include: Case Management,HIV testing,
Support groups for youth and parents,
social events, cultural competency training
and advocacy service

Hilary Avallone Ext.2515
Regional Program Coordinator

Ashley Davis Ext. 2461
CNY Program Coordinator &
Syringe Exchange Program

Talia Shenandoah   Ext. 2457
Youth Development Specialist

Karen Fuller Ext.2412
Family Peer Advocate

Annabelle Fears Ext.2405
LGBTQ Rapid ReHousing Program



# Community Resources

## Transgender Alliance of CNY

Service Organization for Transgender Community
of Central and Upstate NY
www.facebook/tgacny/

## SAGE Upstate

Promotes Health and Well-being of Older LGBTQ Adults and Allies
431 East Fayette Street Syracuse NY 13202
Kim Dill Executive Director
315-478-1923
www.sageupstate.org

## Syracuse University LGBT Resource Center

khristian kemp-delisser Director
750 Ostrom Ave Syracuse NY 13244
315-443-3983
lgbt.syr.edu

## Identity

206 State Street
Binghamton, NY 13901
607-651-9120
www.idyouth.org



# Community Resources Cont.

## The Center
73 Main Street
Cortland, NY 13045
607-756-8970
www.cortlandprevention.org

## PFLAG Oswego County

Oswego County Opportunities Inc.
Midtown Plaza, Oswego
Contact Debbie Danby
315-342-7532 ext 1603
ddaby@oco.org

## Black Cuse Pride

Focused on providing a safe and
confidential environment to the inner-city
LGBTQ community as well as offering
networking opportunities, health
information and peer support. We are the
voice of the LGBTQ inner-city community.
(315) 863-4539

## CNY Pride
The mission of CNY Pride is to serve the Central New
York lesbian, gay, bisexual, and transgender and queer
(LGBTQ) community and their allies.
PO Box 6608Syracuse, NY 13217
(315) 210-8690



# National Resources

## Philadelphia Trans Wellness Conference

## a Program of The Mazzoni Center

Hosts Yearly Convention

www.mazzonicenter.org/tans-health

## TYFA Trans Youth Family Allies

Helping children and families with gender identity and expression

www.imatyfa.orgwww.facebook.com/imatyfa.org

888-462-8932

## Transparenting In CNY

Facebook Page Providing   positive news stories,
articles, and opinion pieces for parents and
caregivers of transgender youth

www.facebook.com/transparenting/

## Campus Pride

An organization for student leaders and
campus groups working to create a safer
college environment for LGBTQ students

www.campuspride.org

# Crisis Support

The Trevor Project

Provides crisis intervention and suicide prevention
services to  (LGBTQ) young people under 25

www.thetrevorproject.org

1-866-488-7386



# Crisis Support Cont.

Trans Life Line
Grassroots hotline and microgrants 501(c)(3) non-profit
organization offering direct emotional and financial
support to trans people in crisis – for the trans
community, by the trans community.
www.translifeline.org
US (877) 565-8860
Canada (877) 330-6366

# Culturally Competent Hair Styist

www.safeinmychair.com
Offers a directory of stylists, barbers, makeup artists
and entire salons that have declared themselves ready
to be there for you

Cliptomania Salon
314 W Manlius St
East Syracuse, NY 13057
cliptomaniasalon@gmail.com
(315) 437-7616

Moments Enchanted Salon & Day Spa
612 Oswego St
Liverpool, NY 13088
(315) 937-6906



# Legal Aid

## Volunteer Lawyers Project of Onondaga County,INC

221 South Warren Street Suite 320 Syracuse NY 13202

315-579-2576

Assistance with name changes,

gender marker changes and passport applications

## Just Roots Consulting

Milo Primeaux, Esq. (he/him)

Law Office of Milo Primeaux, Esq.

P.O. Box 665, Dansville, NY 14437-0665

(585) 612-1071

## Empire Justice Center

Telesca Center for Justice

One West Main Street Suite 200 Rochester, NY 14614

585-295-5721

Human Rights Laws, name and document changes

*****DISCLAIMER*****

This resource guide was put together with recommendations from Q members. This is not an all inclusive list, it is meant to be a tool to assist you in finding affirming providers.  If you wish to recommend someone you have had a positive experience with or have had a negative experience with a provider listed

please contact

Karen Fuller @ Kfuller@acrhealth.org

315 475-2430 ext 2412

the Q center