# EXHIBIT 3

## SCSD Gender Support Plan--CONFIDENTIAL

Legal Name [legal name] Vitsaxaki                                    Date: 4/23/21

Student's preferred name? [masculine name]                           Add to Schooltool? ☐ Yes  ☑ No

Assigned Sex at Birth ☐ Male  ☑ Female    Gender: no gender   Pronouns: they/them

Are guardians / any family aware?

    ☐ Yes—Are they supportive?

    ☑ No— Why not? except cousin; not ready to tell family

        Is there a plan to come out to them? no solid plan @ this time

        How can we support? calling me [masculine name]/they/them

        Which name do we use when speaking with guardians? [legal name]

        ☑ Discussed risk of accidentally outing student at home.

Are friends / peers aware?

    ☑ Yes—Are they supportive? yes

    ☐ No— Why not?

        Is there a plan to come out to them? Friend group knows of name preference @ this time and pronouns

        How can we support? same way

Plan to inform teachers / staff: [masculine name] wishes to direct all "outings" @ this time

    ☑ Student led plan: Student wanted to inform teachers

    ☐ Counselor led plan:

    ☐ Counselor follow up:   ☐ none needed   ☑ email to teachers-date: 5/4/21

    ☐ Staff to be Informed

        ☐ Only grade level staff (include office, nurse, library, aides)

        ☑ All MS staff? (include office, nurse, library, aides)

        ☑ Teachers to inform substitutes? yes

        ☐ Bus driver  ☑ Cafeteria staff  ☐ Athletic Dept / Coaches: just PE teachers

Bathroom / Locker facilities- Special Considerations / changes

    ☑ No

    ☐ Yes:

Name in yearbook (if timing allows)  ☑ Legal Name  ☐ Preferred Name

Additional Considerations: Talked about GSA support; offered continued support as [masculine name] navigates this process for self. [masculine name] did not want to move forward @ this time.