# EXHIBIT 4

From: Powers, Vicky
Sent: Wednesday, May 12, 2021 11:15 AM
To: Pohl, Lauren; Lamphere, Keith; Usifer, Lori Jean; Murphy, Jessica; O'Hara, Colleen; Musumeci, Scott; Kerr, Lisa; Webster, Kate; Caraccio, Mike; Midgley Scuderi, Sarah; Williams, Paige; Veverka, Karen; Whiting, Jeri; Stagnitta, Scott; Anna, Colleen; Rogala, Michele; Viggiano, Chris; Wolfanger, Jennifer
Subject: [Legal Name] "masculine name" Vitsaxaki

Hi Everyone,

I wanted to reach out re: ▊. As you know, ▊ had not come "out" to they's family as of yesterday. A lot transpired this week that pushed the issue along. ▊'s mother was communicating with some of you, Chris Viggiano and me. It was getting increasingly difficult to balance ▊'s readiness and privacy with ▊'s mother's right to know what has been going on here at school with ▊'s name and pronoun changes. We have consulted with a school attorney along the way to help us navigate the most appropriate and safe approach to these disclosures. The law is ambiguous, which often left us with more questions than answers. In a nutshell, it came to a head yesterday following conversations with ▊ and her mother. Mike, with ▊ called ▊'s mother and disclosed what was going on. It has offered some relief in that ▊ does not have to dance around the issue or avoid altogether, as well as, we at school do not have to any longer either. ▊'s mother is aware and supportive of ▊'s courage and feelings. Some hurdles still exist, especially at home, but ▊ is feeling a bit better about the situation. Please reach out with any concerns or questions. Please continue to support ▊ as you have and my hope is that you see a positive shift in they, living as they want to be.

Best,

Vicky

CONFIDENTIALITY NOTICE: This email is intended only for its addressee and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you have received this email message in error, please immediately delete this email transmission and notify us by telephone of this error.   788HGC3dXXQ167

1