IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| **JENNIFER VITSAXAKI**,<br><br>   *Plaintiff*,<br><br>v.<br><br>**SKANEATELES CENTRAL SCHOOL DISTRICT**; **SKANEATELES CENTRAL SCHOOLS' BOARD OF EDUCATION**,<br><br>   *Defendants.* | No. 5:24-cv-00155-DNH-ML<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jennifer Vitsaxaki, through her undersigned counsel, and Defendants Skaneateles Central School District and Skaneateles Central Schools' Board of Education, through their undersigned counsel, that the time for Plaintiff to respond to Defendants' Motion to Dismiss is hereby extended up to and including May 17, 2024.

IT IS FURTHER STIPULATED AND AGREED that Defendants may submit a reply in further support of their Motion to Dismiss on or before June 7, 2024.

Dated: April 5, 2024.

s/ *David A. Cortman*
David A. Cortman
N.D.N.Y. Bar Roll No. 502661
**Alliance Defending Freedom**
1000 Hurricane Shoals Road N.E.,
 Suite D1100
Lawrenceville, Georgia 30043
Tel: (770) 339-0774
dcortman@ADFlegal.org

Katherine L. Anderson*
Arizona Bar No. 33104
**Alliance Defending Freedom**

s/ *Suzanne M. Messer* (w/ permission)
Suzanne M. Messer
Kate I. Reid
Jeremy M. Sher
**Bond, Schoeneck & King, PLLC**
One Lincoln Center
Syracuse, NY 13202-1355
Tel: (315) 218-8000
smesser@bsk.com
kreid@bsk.com
jsher@bsk.com

*Attorneys for Defendants*

15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
kanderson@ADFlegal.org
Vincent M. Wagner*
Virginia Bar No. 98663
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Tel: (571) 707-4655
vwagner@ADFlegal.org

Raymond J. Dague
N.D.N.Y. Bar Roll No. 505622
**Dague & Martin, P.C.**
4874 Onondaga Rd.
Syracuse, NY 13215
Tel: (315) 422-2052
raymond@daguelaw.com

*Attorneys for Plaintiff*

*Admitted Pro Hac Vice*

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: 04-09-2024