# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK SYRACUSE DIVISION

| | |
|---|---|
| **JENNIFER VITSAXAKI**, | Case No. 5:24-cv-00155-DNH-ML |
| *Plaintiff,* | Hon. David N. Hurd |
| v. | |
| **SKANEATELES CENTRAL SCHOOL DISTRICT; SKANEATELES CENTRAL SCHOOLS' BOARD OF EDUCATION**, | |
| *Defendants.* | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Jennifer Vitsaxaki appeals to the United States Court of Appeals for the Second Circuit from the memorandum decision and order (ECF No. 32) and the final judgment (ECF No. 33) dismissing her complaint entered on March 20, 2025.

Dated: April 15, 2025

Katherine L. Anderson*
Arizona Bar No. 33104
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org


Vincent M. Wagner*
Virginia Bar No. 98663
Laurence J. Wilkinson
N.D.N.Y. Bar Roll No. 705823
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org
lwilkinson@ADFlegal.org

* Admitted *pro hac vice*

Respectfully submitted,

s/ *David A. Cortman*
David A. Cortman
N.D.N.Y. Bar Roll No. 502661
**Alliance Defending Freedom**
1000 Hurricane Shoals Road N.E.,
  Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

Raymond J. Dague
N.D.N.Y. Bar Roll No. 505622
**Dague & Martin, P.C.**
4874 Onondaga Rd.
Syracuse, New York 13215
(315) 422-2052
raymond@daguelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on April 15, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

                                                  s/ *David A. Cortman*
                                                  David A. Cortman
                                                  N.D.N.Y. Bar Roll No. 502661
                                                  Alliance Defending Freedom
                                                  1000 Hurricane Shoals Road N.E.,
                                                      Suite D1100
                                                  Lawrenceville, Georgia 30043
                                                  (770) 339-0774
                                                  dcortman@ADFlegal.org

                                                  *Counsel for Plaintiff*