

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on April 16, 2025 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 15th day of April, 2025. By:

*Clerk of Court*

s/ Heather Merritt, Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. **5:24-cv-155 (DNH/ML)** | Jennifer Vitsaxaki v. Skaneateles Central School District, et al. |
| Docket No. of Appeal: | 34 |
| Document Appealed: | 32 - Memorandum Decision and Order; 33 - Judgment |

Fee Status:    Paid _X_    Due ___    Waived (IFP/CJA) ___    IFP revoked ___
                Application Attached ___    IFP pending before USDJ ___

Counsel:    Retained _X_    Pro Se ___

Time Status:    Timely _X_    Untimely ___